# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America <br> v. <br> Travis R. Chisholm | Case No: 8:11cr401 <br> USM No: 24540-047 |
| Date of Original Judgment: 07/25/2012 <br> Date of Previous Amended Judgment: 03/27/2014 <br> *(Use Date of Last Amended Judgment if Any)* | Joseph L. Howard <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  72  months **is reduced to**  60 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/27/2014  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  09/04/2015

*Judge's signature*

Effective Date:  11/02/2015

Joseph F. Batillon, Senior United States District Judge
*(if different from order date)*       *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Travis R. Chisholm
CASE NUMBER: 8:11cr401
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 29    Amended Total Offense Level: 27
Criminal History Category: IV    Criminal History Category: IV
Previous Guideline Range: 121 to 151 months    Amended Guideline Range: 100 to 125 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Sentenced reduced pursuant to joint stipulation of the parties, Filing No. 101. The defendant's sentence is reduced by 12 months. The reduction is taken off the sentence imposed per Filing No. 94.